**354**

In determining whether to dismiss the case with or without prejudice, the court shall consider, among others, each of the following factors: the seriousness of the offense; the facts and circumstances of the case which led to the dismissal; and the impact of a reprosecution on the administration of [the Act] and on the administration of justice.

If the district court decides to dismiss this case without prejudice, Frey may be retried following the filing of a new indictment; but the present judgment of conviction against him may not be reinstated. *See United States v. Perez-Reveles,* 715 F.2d at 1353.

REVERSED AND REMANDED.

ORDER

Before BROWNING, Chief Judge, CHOY, GOODWIN, WALLACE, SNEED, KENNEDY, ANDERSON, HUG, TANG, SKOPIL, SCHROEDER, FLETCHER, FARRIS, PREGERSON, ALARCON, POOLE, FERGUSON, NELSON, CANBY, BOOCHEVER, NORRIS, REINHARDT, and BEEZER, Circuit Judges.

Upon a vote of a majority of the regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Rule 25 of the Rules of the United States Court of Appeals for the Ninth Circuit. The previous three-judge panel assignment is withdrawn.

Felicia GRUNFEDER, Plaintiff-Appellant,

v.

Margaret M. HECKLER *, Secretary of Health and Human Services, Defendant-Appellee.

No. 82–5751.

United States Court of Appeals, Ninth Circuit.

June 12, 1984.

Joshua A. Lazar, Terry B. Friedman, Elyse S. Kline, Bet Tzedek Legal Services, Los Angeles, Cal., for plaintiff-appellant.

James R. Arnold, Asst. U.S. Atty., Los Angeles, Cal., for defendant-appellee.

Case below: 708 F.2d 458.

* Substitution of parties pursuant to Fed.R.App.P.

Robert MORGAN, Plaintiff-Appellant,

v.

Dominick SALAMACK, Edgecomb Correctional Facility, and Robert Abrams, Attorney General for the State of New York, Defendants-Appellees.

No. 965, Docket 83–2245.

United States Court of Appeals, Second Circuit.

Argued April 5, 1984.

Decided May 18, 1984.

43(c)(1).